

# United States District Court
# Eastern District of California

| | |
|---|---|
| JAMES EBLE | |
| Plaintiff(s) | Case Number: 2:22-CV-01701 |
| V. | |
| NISSAN NORTH AMERICA, INC., FCA US LL | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, JACOB U. GINSBURG ____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
PLAINTIFF JAMES EBLE

On ___10/11/2011___ (date), I was admitted to practice and presently in good standing in the ___COMMONWEALTH OF PENNSYLVANIA___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ___01/23/2023___    Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jacob U. Ginsburg, Esq. |
| Law Firm Name: | Kimmel & Silverman, P.C. |
| Address: | 30 E. Butler Avenue |
| City: | Ambler   State: PA   Zip: 19002 |
| Phone Number w/Area Code: | (267) 468-5374 |
| City and State of Residence: | Ambler, PA |
| Primary E-mail Address: | jginsburg@creditlaw.com |
| Secondary E-mail Address: | teamkimmel@creditlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mark Javitch |
| Law Firm Name: | Javitch Law Office |
| Address: | 3 East 3rd Avenue |
| | Suite 200 |
| City: | San Mateo   State: CA   Zip: 94401 |
| Phone Number w/Area Code: | (650) 648-0702   Bar #: 323729 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 6, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Jacob Uri Ginsburg, Esq.

DATE OF ADMISSION

*October 24, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 23, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk